UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

INTER-TEL TECHNOLOGIES, INC.,

   Plaintiff,

v.                                               Case No.: 8:04-cv-2224-T-MSS

WEST COAST AIRCRAFT
ENGINEERING, INC., et al.,

   Defendants.
_____/

## ORDER

**THIS CAUSE** comes on for consideration <u>sua</u> <u>sponte</u> by the Court. On November 9, 2007, the parties filed a Notice of Voluntary Dismissal With Prejudice informing the Court that they have reached an amicable settlement of all issues related to this action. (Dkt.137) As this action has been completely resolved, the **CLERK** is directed to **CLOSE** this case immediately.

**DONE** and **ORDERED** in Tampa, Florida on this _20th_ day of November 2007.

/s/ Mary S. Scriven
MARY S. SCRIVEN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record

-1-